**Fill in this information to identify the case:**

Debtor 1      Paul Bartkus, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Worcester        District of   MA
                                                                    (State)

Case number   15-41811-EDK

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of creditor:**   Nationstar Mortgage LLC d/b/a Mr. Cooper

**Court claim no.** (if known):
4

**Last 4 digits** of any number you use to identify the debtor's account:   8  1  0  7

**Property address:**   154 Bean Porridge Hill Road
                        Number    Street

Westminster        MA    01473
City                State    ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
| --- | --- |

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:                                                                                    $ _____

| **Part 3:** | **Postpetition Mortgage Payment** |
| --- | --- |

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/___
                                                              MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                        (a)  $ 32,953.62

b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b)  $ (1,244.38)

c.  **Total**. Add lines a and b.                                   (c)  $ 31,709.24

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:                                                             07 / 01 / 2018
                                                                    MM / DD / YYYY

| Debtor 1 | Paul | Bartkus, Jr. | Case number *(if known)* 15-41811-EDK |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

---

**Part 4:** **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:** **Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| ✖ /s/ Megan O'Keefe Manzo (BBO#652522) | Date  8 / 2 /2019 |
|---|---|
| Signature | |

| Print | Megan | O'Keefe | Manzo | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Guaetta and Benson, LLC |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 73 Princeton Street, Suite 208 |
|---|---|
| | Number          Street |

| | North Chelmsford | MA | 01863 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | (978) 250-0999 | Email | bankruptcy@guaettalaw.com |
|---|---|---|---|

---

## Post-Petition Ledger

| Filed By: | Paul Bartkus, Jr 0 | Payment Changes | | | |
|---|---|---|---|---|---|
| Case Number: | 15-41811 | From Date | To Date | Total Amount | P&I Total |
| Filing Date: | 9/24/2015 | 1-Oct-15 | 1-Feb-16 | $1,653.06 | |
| | | 1-Mar-16 | 1-Feb-17 | $2,147.56 | |
| Payments in POC: | | 1-Mar-17 | 1-Jun-18 | $2,438.84 | |
| First Post Due Date: | 10/1/2015 | | | | |

| | |
|---|---|
| Total amount received on post as per system (Column B) | $ 73,961.80 |
| Total amount should be received till NQFC filed. | $ 72,717.42 |
| Difference | $ 1,244.38 |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | | | | $0.00 | $0.00 |
| | | | | $0.00 | | | | | $0.00 | $0.00 |
| | | | | $0.00 | | | | | $0.00 | $0.00 |
| | | | | $0.00 | | | | | $0.00 | $0.00 |
| 10/08/15 | $ 3,000.00 | 10/01/15 | $ 1,653.06 | $1,346.94 | | | | | $3,000.00 | $3,000.00 |
| 10/12/15 | | | | $1,346.94 | 2051.94 | $ 2,268.04 | | | ($2,268.04) | $731.96 |
| 11/16/15 | $ 2,268.04 | 11/01/15 | $ 1,653.06 | $1,961.92 | 216.10 | | | | $2,268.04 | $3,000.00 |
| 12/01/15 | $ 2,268.04 | 12/01/15 | $ 1,653.06 | $2,576.90 | 2,809.30 | | | | $2,268.04 | $5,268.04 |
| 01/04/16 | $ 2,268.04 | 01/01/16 | $ 1,653.06 | $3,191.88 | 731.96 | | | | $2,268.04 | $7,536.08 |
| 01/27/16 | | 02/01/16 | $ 1,653.06 | $1,538.82 | | $ 2,268.04 | | | ($2,268.04) | $5,268.04 |
| 01/27/16 | | | | $1,538.82 | | $ 2,268.04 | | | ($2,268.04) | $3,000.00 |
| 02/03/16 | | | | $1,538.82 | | $ 2,268.04 | | | ($2,268.04) | $731.96 |
| 02/08/16 | | | | $1,538.82 | | | | 731.96 | ($731.96) | $0.00 |
| 02/08/16 | $ 2,268.04 | 03/01/16 | $ 2,147.56 | $1,659.30 | | | | | $2,268.04 | $2,268.04 |
| 02/09/16 | | | | $1,659.30 | | $ 2,268.04 | | | ($2,268.04) | $0.00 |
| 03/07/16 | $ 2,147.56 | 04/01/16 | $ 2,147.56 | $1,659.30 | | | | | $2,147.56 | $2,147.56 |
| 04/04/16 | $ 2,147.56 | 05/01/16 | $ 2,147.56 | $1,659.30 | | | | | $2,147.56 | $4,295.12 |
| 04/05/16 | | | | $1,659.30 | | $ 2,268.04 | | | ($2,268.04) | $2,027.08 |
| 05/05/16 | $ 2,147.56 | 06/01/16 | $ 2,147.56 | $1,659.30 | | | | | $2,147.56 | $4,174.64 |
| 05/06/16 | | | | $1,659.30 | | 2,268.04 | | | ($2,268.04) | $1,906.60 |
| 06/23/16 | | | | $1,659.30 | | | | | $0.00 | $1,906.60 |
| 06/27/16 | | | | $1,659.30 | | | | | $0.00 | $1,906.60 |
| 07/07/16 | $ 2,147.56 | 07/01/16 | $ 2,147.56 | $1,659.30 | | | | | $2,147.56 | $4,054.16 |
| 07/07/16 | | | | $1,659.30 | | $ 2,268.04 | | | ($2,268.04) | $1,786.12 |
| 07/29/16 | $ 2,147.56 | 08/01/16 | $ 2,147.56 | $1,659.30 | | | | | $2,147.56 | $3,933.68 |
| 07/31/16 | | | | $1,659.30 | | $ 2,268.04 | | | ($2,268.04) | $1,665.64 |
| 09/06/16 | $ 2,147.56 | 09/01/16 | $ 2,147.56 | $1,659.30 | | | | | $2,147.56 | $3,813.20 |
| 09/07/16 | | | | $1,659.30 | | $ 2,268.04 | | | ($2,268.04) | $1,545.16 |
| 10/03/16 | $ 2,147.56 | 10/01/16 | $ 2,147.56 | $1,659.30 | | | | | $2,147.56 | $3,692.72 |
| 10/04/16 | | | | $1,659.30 | | $ 2,268.04 | | | ($2,268.04) | $1,424.68 |
| 10/05/16 | | | | $1,659.30 | | | | | $0.00 | $1,424.68 |
| 11/10/16 | $ 2,147.56 | 11/01/16 | $ 2,147.56 | $1,659.30 | | | | | $2,147.56 | $3,572.24 |
| 12/12/16 | $ 2,147.56 | 12/01/16 | $ 2,147.56 | $1,659.30 | | | | | $2,147.56 | $5,719.80 |
| 01/09/17 | $ 2,147.56 | 01/01/17 | $ 2,147.56 | $1,659.30 | | | | | $2,147.56 | $7,867.36 |
| 01/19/17 | | | | $1,659.30 | | | | | | $6,214.30 |
| 01/26/17 | | | | $1,659.30 | | $ 1,653.06 | | | ($1,653.06) | $4,561.24 |
| 01/26/17 | | | | $1,659.30 | | 1,653.06 | | | ($1,653.06) | $2,908.18 |
| 01/26/17 | | | | $1,659.30 | | 1,653.06 | | | ($1,653.06) | $1,255.12 |
| 02/08/17 | $ 1,200.00 | 02/01/17 | $ 2,147.56 | $711.74 | | | | | $1,200.00 | $2,455.12 |
| 02/08/17 | $ 1,000.00 | | | $1,711.74 | | | | | $1,000.00 | $3,455.12 |
| 02/10/17 | | | | $1,711.74 | | $ 2,147.56 | | | ($2,147.56) | $1,307.56 |
| 03/02/17 | $ 1,900.00 | 03/01/17 | $ 2,438.84 | $1,172.90 | | 2,147.56 | | | $1,900.00 | $3,207.56 |
| 03/06/17 | | | | $1,172.90 | | $ 2,147.56 | | | ($2,147.56) | $1,060.00 |
| 03/06/17 | $ 200.00 | | | $1,372.90 | | | | | $200.00 | $1,260.00 |
| 03/24/17 | | | | $1,372.90 | | | | | $0.00 | $1,260.00 |
| 04/14/17 | $ 4,800.00 | 04/01/17 | $ 2,438.84 | $3,734.06 | | | | | $4,800.00 | $6,060.00 |
| 04/18/17 | | 05/01/17 | $ 2,438.84 | $1,295.22 | | 2,147.56 | | | ($2,147.56) | $3,912.44 |
| 04/18/17 | | | | $1,295.22 | | $ 2,147.56 | | | ($2,147.56) | $1,764.88 |
| 05/01/17 | $ 80.00 | | | $1,375.22 | | | | | $80.00 | $1,844.88 |
| 06/12/17 | $ 1,500.00 | 06/01/17 | $ 2,438.84 | $436.38 | | | | | $1,500.00 | $3,344.88 |
| 06/14/17 | | | | $436.38 | | $ 2,147.56 | | | ($2,147.56) | $1,197.32 |
| 07/10/17 | $ 1,338.84 | | | $1,775.22 | | | | | $1,338.84 | $2,536.16 |
| 07/12/17 | | | | $1,775.22 | | $ 2,147.56 | | | ($2,147.56) | $388.60 |
| 07/13/17 | $ 1,100.00 | 07/01/17 | $ 2,438.84 | $436.38 | | | | | $1,100.00 | $1,488.60 |
| 07/18/17 | | | | $436.38 | | | | | $0.00 | $1,488.60 |
| 08/10/17 | $ 2,438.84 | 08/01/17 | $ 2,438.84 | $436.38 | | | | | $2,438.84 | $3,927.44 |
| 08/14/17 | | | | $436.38 | | $ 2,147.56 | | | ($2,147.56) | $1,779.88 |
| 09/11/17 | $ 2,148.00 | 09/01/17 | $ 2,438.84 | $145.54 | | | | | $2,148.00 | $3,927.88 |
| 09/13/17 | | | | $145.54 | | $ 2,147.56 | | | ($2,147.56) | $1,780.32 |
| 09/25/17 | | | | $145.54 | | | | | $0.00 | $1,780.32 |
| 09/30/17 | $ 2,148.00 | | | $2,293.54 | | | | | $2,148.00 | $3,928.32 |
| 10/03/17 | | | | $2,293.54 | | 2,147.56 | | | ($2,147.56) | $1,780.76 |
| 02/05/18 | $ 2,150.00 | 10/01/17 | $ 2,438.84 | $2,004.70 | | | | | $2,150.00 | $3,930.76 |
| 02/08/18 | | | | $2,004.70 | | $ 2,147.56 | | | ($2,147.56) | $1,783.20 |
| 03/13/18 | $ 2,455.00 | 11/01/17 | $ 2,438.84 | $2,020.86 | | | | | $2,455.00 | $4,238.20 |
| 03/16/18 | | | | $2,020.86 | | 2,438.84 | | | ($2,438.84) | $1,799.36 |
| 03/30/18 | | | | $2,020.86 | | | | | $0.00 | $1,799.36 |
| 04/10/18 | | | | $2,020.86 | | | | | $0.00 | $1,799.36 |
| 09/06/18 | | | | $2,020.86 | | | | | $0.00 | $1,799.36 |
| 09/06/18 | $ 1,800.00 | 12/01/17 | $ 2,438.84 | $1,382.02 | | | | | $1,800.00 | $3,599.36 |
| 09/13/18 | | | | $1,382.02 | | 2,438.84 | | | ($2,438.84) | $1,160.52 |
| 12/10/18 | $ 2,000.00 | 01/01/18 | $ 2,438.84 | $943.18 | | | | | $2,000.00 | $3,160.52 |
| 12/11/18 | | | | $943.18 | | 2,438.84 | | | ($2,438.84) | $721.68 |
| 02/20/19 | | | | $943.18 | | | | | $0.00 | $721.68 |
| 04/12/19 | $ 2,438.84 | 02/01/18 | $ 2,438.84 | $943.18 | | | | | $2,438.84 | $3,160.52 |
| 04/15/19 | | | | $943.18 | | 2,438.84 | | | ($2,438.84) | $721.68 |
| 05/29/19 | $ 2,438.84 | 03/01/18 | $ 2,353.83 | $1,028.19 | | | | | $2,438.84 | $3,160.52 |
| 05/30/19 | | | | $1,028.19 | | 2,438.84 | | | ($2,438.84) | $721.68 |
| 06/07/19 | $ 2,438.84 | 04/01/18 | $ 2,353.83 | $1,113.20 | | | | | $2,438.84 | $3,160.52 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/10/19 | | | | $1,113.20 | | | | $0.00 | $3,160.52 |
| 06/10/19 | | | | $1,113.20 | | | | $0.00 | $3,160.52 |
| 07/02/19 | $   2,438.84 | 05/01/18 | $   2,353.83 | $1,198.21 | | $   2,438.84 | | $0.00 | $3,160.52 |
| 07/05/19 | | | | $1,198.21 | | | | $0.00 | $3,160.52 |
| 07/09/19 | $   2,400.00 | 06/01/18 | $   2,353.83 | $1,244.38 | | | | $2,400.00 | $5,560.52 |
| 07/10/19 | | | | $1,244.38 | | | | $0.00 | $5,560.52 |
| 07/17/19 | | | | $1,244.38 | | | | $0.00 | $5,560.52 |
| | | | | $1,244.38 | | | $   (7,279.92) | $7,279.92 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | $1,244.38 | | | | $0.00 | $12,840.44 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

PAUL BARTKUS, JR.,                   Chapter 13
     DEBTOR.                       Case No. 15-41811--EDK

## CERTIFICATE OF SERVICE

I, Megan O'Keefe Manzo, as Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby certify that I have this date served copies of the foregoing Response to Notice of Final Cure Payment in reference to the above-captioned case, by mailing same first class, postage prepaid (unless otherwise noted), upon the following parties:

Debtor
Paul Bartkus, Jr.
154 Bean Porridge Hill Road
Westminster, MA 01473

Counsel for Debtor
Michael Van Dam, Esq. (VIA ECF)

Trustee
Denise M. Pappalardo, Esq. (VIA ECF)

Assistant U.S. Trustee
Richard King, Esq. (VIA ECF)


DATED:  August 2, 2019               /s/ Megan O'Keefe Manzo
                                Megan O'Keefe Manzo
                                BBO# 652522
                                Guaetta and Benson, LLC
                                P.O. Box 519
                                Chelmsford, MA  01824
                                978-250-0999
                                bankruptcy@guaettalaw.com